IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis Sr, John D                                          Case Number:  06 B 11712
                                                                      Judge:  Wedoff, Eugene R

Printed:  8/21/07                                                     Filed:  9/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  August 17, 2007
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,154.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 750.60 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 103.40 |
| Other Funds: |  | 0.00 |
| Totals: | 2,154.00 | 2,154.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,300.00 | 1,300.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 34,767.54 | 0.00 |
| 4. | Internal Revenue Service | Priority | 44,046.73 | 750.60 |
| 5. | Well Group Health Partners | Unsecured | 553.73 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 5,969.04 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 10,961.23 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 12,258.98 | 0.00 |
| 9. | B-Real LLC | Unsecured | 1,009.31 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 6,299.68 | 0.00 |
| 11. | CB USA | Unsecured | 87.23 | 0.00 |
| 12. | Advanced Hearth Group | Unsecured | 67.00 | 0.00 |
| 13. | Citicorp | Unsecured |  | No Claim Filed |
| 14. | Alliance Asset Management | Unsecured |  | No Claim Filed |
| 15. | Burnham Anesthesiologists | Unsecured |  | No Claim Filed |
| 16. | American Express | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago | Unsecured |  | No Claim Filed |
| 18. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 19. | Ankle Care Ltd | Unsecured |  | No Claim Filed |
| 20. | Oak Forest Hospital | Unsecured |  | No Claim Filed |
| 21. | Harris & Harris | Unsecured |  | No Claim Filed |
| 22. | Donna Johnson | Unsecured |  | No Claim Filed |
| 23. | Chicago Institute Of Neurosurgery | Unsecured |  | No Claim Filed |
| 24. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 25. | Medco Health Solutions | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Davis Sr, John D | Case Number: 06 B 11712 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 8/21/07 | Filed: 9/18/06 |

| | | | |
|---|---|---|---|
| 26. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 27. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 28. M3 Financial Services | Unsecured | | No Claim Filed |
| 29. Medical Collections | Unsecured | | No Claim Filed |
| 30. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 31. NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. TRSI | Unsecured | | No Claim Filed |
| 33. Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 34. Pellettieri & Associates | Unsecured | | No Claim Filed |
| 35. Rush University | Unsecured | | No Claim Filed |
| 36. Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 37. Progressive Recovery Technique | Unsecured | | No Claim Filed |
| 38. Rush University | Unsecured | | No Claim Filed |
| 39. Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 40. Mercedes Benz Credit Corporati | Unsecured | | No Claim Filed |
| 41. South Suburban Cardiology | Unsecured | | No Claim Filed |
| 42. Walgreen Home Medical Center | Unsecured | | No Claim Filed |
| 43. Wellgroup Health Partners | Unsecured | | No Claim Filed |
| 44. Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| | | $ 117,320.47 | $ 2,050.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 103.40 |
| | $ 103.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)